# RABNER ALLCORN BAUMGART & BEN-ASHER

HAROLD RABNER *
ELLIOT M. BAUMGART * ◊
DAVID H. BEN-ASHER ◊
DAVID OWEN *
S. ROBERT ALLCORN † ◊
JONATHAN BOURNE
TERESA BOYLE-VELLUCCI *
EUGENIE F. TEMMLER
KEITH B. CARLSON † *
DANIEL HOBERMAN † ◊ °
FREDDA KATCOFF † *
ADEENA D. PULTMAN † *
ROBERT E. REILERI † *
DENNIS H. SABOURIN † **
JEROME E. SHARFMAN † *

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
52 UPPER MONTCLAIR PLAZA
UPPER MONTCLAIR, NJ 07043

TELEPHONE (973) 744-4000

TELECOPIER (973) 783-1524

EMAIL: DBEN-ASHER@RABNERALLCORN.COM

† OF COUNSEL
* ADMITTED IN NY & NJ
** ADMITTED IN NJ, WA & FL
◊ RULE 1:40 QUALIFIED MEDIATOR
° CERTIFIED CIVIL TRIAL ATTORNEY

April 16, 2007

Electronically filed

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
  and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    RE:    Robert Waas and Robert Germano vs. Prudential Financial, Inc. et al

Dear Sir/Madam:

Pursuant to my secretary's conversation with the Clerk's office today, we hereby enclose three separate summonses regarding the above referenced matter. Please have the Clerk arrange signature and seal to be placed on same and return them to me.

Thanking you in advance for your assistance in this matter.

Sincerely,

Rabner Allcorn
Baumgart & Ben-Asher, PC

*Eugenie F. Temmler*

Eugenie F. Temmler

EFT:blw
Enclosures
V:\Liddle-Robinson-Prudential\Waas and Germano\clerk - summons.doc

# UNITED STATES DISTRICT COURT

District of _____

ROBERT WAAS AND ROBERT GERMANO,

        Plaintiffs,

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1683

PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL
INVESTMENT MANAGEMENT, INC.; and
PRUDENTIAL INVESTMENT SERVICES LLC,

        Defendants.

TO: (Name and address of Defendant)

Prudential Investment Management Services LLC
Three Gateway Center, 14th Floor
Newark, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Ben-Asher, Esq.
Rabner Allcorn Baumgart & Ben-Asher, PC
52 Upper Montclair Plaza
Upper Montclair, NJ 07043

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

⌘AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____    _____
                    Date                                    *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT WAAS AND ROBERT GERMANO,

Plaintiffs,

V.

PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL INVESTMENT MANAGEMENT, INC.; and PRUDENTIAL INVESTMENT SERVICES LLC,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1683

TO: (Name and address of Defendant)

Prudential Investment Management, Inc.
2 Gateway Center
McCarter Highway and Market Street
Newark, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Ben-Asher, Esq.
Rabner Allcorn Baumgart & Ben-Asher, PC
52 Upper Montclair Plaza
Upper Montclair, NJ 07043

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK                                           DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

District of _____

ROBERT WAAS AND ROBERT GERMANO,

Plaintiffs,

V.

PRUDENTIAL FINANCIAL, INC.; PRUDENTIAL INVESTMENT MANAGEMENT, INC.; and PRUDENTIAL INVESTMENT SERVICES LLC,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1683

TO: (Name and address of Defendant)

Prudential Financial, Inc
751 Broad Street
Newark, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Ben-Asher, Esq.
Rabner Allcorn Baumgart & Ben-Asher, PC
52 Upper Montclair Plaza
Upper Montclair, NJ 07043

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                                                                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                        Signature of Server

                                 _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.