Eugenie F. Temmler, Esq.
RABNER, ALLCORN, BAUMGART & BEN-ASHER, P.C.
2 Upper Montclair Plaza
Montclair, New Jersey 07043
(973) 744-4000

Marc A. Susswein, Esq.
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiffs Robert Waas
and Robert Germano*

Douglas S. Eakeley, Esq.
Scott L. Walker, Esq.
Natalie J. Kraner, Esq.
LOWENSTEIN SANDLER, P.C.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Defendants Prudential Financial,
Inc., Prudential Investment Management, Inc.,
and Prudential Investment Services, LLC*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

---------------------------------------------------------- x

| | |
|---|---|
| ROBERT WAAS AND ROBERT GERMANO, | **DOCUMENT ELECTRONICALLY FILED** |
| Plaintiffs, | |
| v. | Civil Action No.: 2:07-cv-01714-DMC-MF |
| PRUDENTIAL FINANCIAL, INC., PRUDENTIAL INVESTMENT MANAGEMENT, INC., AND PRUDENTIAL INVESTMENT SERVICES, LLC, | |
| Defendants. | **STIPULATION** |

---------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and for Defendants that:

1. Defendants shall answer, move or otherwise respond to the Complaint on or before June 18, 2007.

2. In the event that Defendants respond by motion to dismiss the Complaint, Plaintiffs shall serve their opposition to Defendants' motion on or before July 30, 2007.

3. Defendants shall serve their reply on or before August 20, 2007.

4. For purposes of filing this Stipulation, a faxed signature may be deemed the same as an original.

Dated: May 9, 2007

**RABNER, ALLCORN, BAUMGART & BEN-ASHER, P.C.**
2 Upper Montclair Plaza
Montclair, New Jersey 07043
(973) 744-4000

**LIDDLE & ROBINSON, L.L.P.**
800 Third Avenue
New York, New York 10022
(212) 687-8500
*Attorneys for Plaintiff*

By: _____
Marc A. Susswein, Esq.

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Defendants
Prudential Financial, Inc.,
Prudential Investment Management,
Inc., and Prudential Investment
Services, LLC*

By: /s/ Douglas S. Eakeley
Douglas S. Eakeley, Esq.

IT IS SO ORDERED:

                                                                                   _____
                                                                                  Hon. Dennis M. Cavanaugh, U.S.D.J.

Dated: