|  |  |  |
|---|---|---|
| **ROBERT WAAS, et al.,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |  |
|  | : | Hon. Dennis M. Cavanaugh |
| -vs- | : | Civil Action No. 07-1714 (DMC) |
|  | : |  |
| **PRUDENTIAL FINANCIAL, INC., et al.,** | : |  |
|  | : | **MEDIATION ORDER** |
| **Defendant(s).** | : |  |

It appearing that mediation would conserve the resources and be in the best interests of the Court and the parties; and the parties having agreed;

**IT IS on this 1st day of November 2007**

**ORDERED**, that:

1. This civil action be and it is hereby referred to mediation by private consent of the parties;

2. With the consent of the parties, David E. Robbins, Esq. is hereby appointed as the mediator;

3. Counsel and the parties shall participate in mediation and shall cooperate with the mediator;

4. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator;

5. The mediator may meet with counsel and parties jointly or ex parte.  All information

presented to the mediator shall be deemed confidential, unless requested otherwise, and shall not be disclosed by any one, including the mediator, without consent, except as necessary to advise the court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation shall be disclosed in any subsequent proceeding or construed as an admission;

6. All proceedings (including motion practice and discovery) are hereby stayed for a period of NINETY (90) days. Any application for an extension of the stay shall be made jointly by the parties and the mediator and shall be considered by the referring Judge or Magistrate Judge.

7. In the event Mediation is unsuccessful, there shall be a **Status/Scheduling Conference** conducted on **Friday, February 1, 2008** at **10:00 a.m.** at which time all discovery issues shall be addressed.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Original:   Clerk of the Court
cc:         Hon. Dennis M. Cavanaugh, U.S.D.J.
            Carol Coleman, Arbitration Clerk
            Parties
            File