UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

------------------------------------------------------------- x
ROBERT WAAS AND ROBERT GERMANO,  :
                               Plaintiffs,  :
                v.  :  Civil Action No.:
                  :  2:07-cv-01714-DMC-MF
PRUDENTIAL FINANCIAL, INC., PRUDENTIAL  :
INVESTMENT MANAGEMENT, INC., AND  :
PRUDENTIAL INVESTMENT SERVICES, INC.,  :
                               Defendants.  :
------------------------------------------------------------- x

## ORDER

It appearing that continued mediation would conserve the resources and be in the best interests of the Court and the parties; and the parties having agreed; the November 1, 2007 Mediation Order is hereby amended as follows

IT IS on this 31 day of January 2008

**ORDERED**, that:

1. All proceedings (including motion practice and discovery) are hereby stayed for an additional period of FORTY-FIVE (45) days until March 17, 2008. Any application for a further extension of the stay shall be made jointly by the parties and the mediator and shall be considered by the referring Judge or Magistrate Judge.

2. In the event the Mediation is unsuccessful, there shall be a **Status/Scheduling**

**Conference** conducted on _THURSDAY, 3/27/08_ at which time all discovery issues shall be addressed. _at 10:00am._

*(signature)*

**MARK FALK**

**United States Magistrate Judge**

Original:   Clerk of the Court
cc:         Hon. Dennis M. Cavanaugh, U.S.D.J.
            Carol Coleman, Arbitration Clerk
            Parties
            File