Closed

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ROBERT WAAS, et al
        Plaintiff,        :

                              Civil 7cv1714 (DMC)

        v.        :

PRUDENTIAL FINANCIAL, INC., et al
                             :

        Defendant.

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 25th day of March  2008,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if the settlement is not consummated. The terms of the settlement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                DENNIS M. CAVANAUGH
                                                   DENNIS M. CAVANAUGH
                                          United States District Judge