David H. Ben-Asher, Esq. (DB3242)
RABNER, ALLCORN, BAUMGART & BEN-ASHER, P.C.
2 Upper Montclair Plaza
Montclair, New Jersey 07043
(973) 744-4000

Marc A. Susswein, Esq.
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiffs Robert Waas
and Robert Germano*

**Electronically Filed**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ROBERT WAAS AND ROBERT GERMANO, | |
| Plaintiffs, | |
| v. | Civil Action No.: 2:07-cv-01714-DMC-MF |
| PRUDENTIAL FINANCIAL, INC., PRUDENTIAL INVESTMENT MANAGEMENT, INC., AND PRUDENTIAL INVESTMENT SERVICES, INC., | |
| Defendants. | |

---

**ORDER**

WHEREAS, Prudential Investment Management Services LLC ("Prudential"), filed a Uniform Termination Notice for Securities Industry Registration ("Form U-5") for Plaintiff Robert Waas (CRD No. 1278249) on December 13, 2004 with the Central Registration

Depository ("CRD") of the Financial Industry Regulatory Authority ("FINRA"), formerly known as the NASD; and

WHEREAS, Plaintiff Robert Waas now seeks to have amended certain information set forth in the Form U-5;

WHEREAS, Defendant Prudential raises no objection to amendment of the Form U-5;

WHEREAS, FINRA has received notice of Plaintiff Waas's application to this Court and does not seek to intervene in this matter or raise any objection to amendment of the Form U-5;

**IT IS HEREBY ORDERED**, that:

1. The CRD of FINRA expunge from the record of Robert Waas (CRD No. 1278249) that portion of Section 3 of Robert Waas's Form U-5 that states:

> Waas contended that his refusal was based on his view -- not shared by Prudential's outside counsel -- that the Company had improperly changed the investment objectives for the applicable funds' prospectuses.

2. In all other respects the Form U-5 shall remain the same.

SO ORDERED:                                          Dated: June 16, 2008

_____

**MARK FALK**
**U.S. Magistrate Judge**

Original: Clerk of the Court
cc:        Hon. Dennis M. Cavanaugh, U.S.D.J.
          Carol Coleman, Arbitration Clerk
          Parties
          File