David H. Ben-Asher, Esq. (DV3242)
RABNER, ALLCORN, BAUMGART & BEN-ASHER, P.C.
2 Upper Montclair Plaza
Montclair, New Jersey 07043
(973) 744-4000

Marc A. Susswein, Esq.
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiffs Robert Waas
and Robert Germano*

Douglas S. Eakeley
Scott L. Walker
LOWENSTEIN SANDLER, P.C.
65 Livingston Avenue
Roseland, New Jersey 07068

Thomas J. Kavaler (admitted pro hac vice)
Janet A. Beer (admitted pro hac vice)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Attorneys for Defendants Prudential Financial,
Inc., Prudential Investment Management, Inc.,
and Prudential Investment Services, LLC*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
ROBERT WAAS AND ROBERT GERMANO,    :
                                   :
                        Plaintiffs, :
                                   :       07-1714
        - against -                :   Civil Action No. ~~1:33-av-00001~~
                                   :
PRUDENTIAL FINANCIAL, INC., PRUDENTIAL :
INVESTMENT MANAGEMENT, INC., AND   :
PRUDENTIAL INVESTMENT SERVICES, INC., :
                                   :
                        Defendants. :
                                   :
------------------------------------------------------------x

-2-

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their counsel of record that this action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs, disbursements, expenses and attorneys' fees. The parties to this Stipulation agree to the entry of final judgment in conformity herewith.

Dated: New York, New York
June 24, 2008

CAHILL GORDON & REINDEL LLP

By: _____
Thomas J. Kavaler  (admitted pro hac vice)
Janet A. Beer  (admitted pro hac vice)
80 Pine Street
New York, New York 10005-1702
(212) 701-3000

*Attorneys for Defendants Prudential Financial, Inc., Prudential Investment Management, Inc., and Prudential Investment Services, LLC*

LIDDLE & ROBINSON, LLP

By: _____
Marc A. Susswein, Esq.

800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiffs Robert Waas and Robert Germano*

So Ordered:

_____ 6/30/08
USDJ

Dennis M. Cavanaugh
U.S. District Judge